only question, therefore, to consider is what the ordinances meant, and it does not seem to me, in view of the scope of the business, of the power committed to the board of public works, the phraseology of the ordinances and the extent of the plan designed, that we can say it should be limited to the first contract made by the board. ·I think the judgment should be reversed. ·

In the Matter of the Application of John B. Webster, an Elector, Appellant, for the Resubmission of Local Option Questions to the Electors of the Town of Hanover, under the Liquor Tax Law; * State Commissioner of Excise and William Lucas, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Herbert Hutchinson, Respondent, v. Sigmund Stern, Appellant.— Interlocutory judgment affirmed, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal. ·All concurred.

Olive Chapman, as Administratrix, etc., of Harvey Chapman, Deceased, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

S. Augusta Hull, as Administratrix, etc., of Edgar G. Hull, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Nash, J., who dissented and voted for reversal on the ground that the testimony of the defendant's witnesses that the locomotive was subjected to frequent and thorough inspection by competent inspectors is uncontradicted, and that there should have been a dismissal of the complaint upon this ground. (*Smith* v. *N. Y. C. & H. R. R. R. Co.*, 164 N. Y. 491; *Biddiscomb* v. *Cameron*, 35 App. Div. 561; affd., 161 N. Y. 637.)

David Isaacs, Respondent, v. John Wanamaker, ·Appellant.— Judgment affirmed, with costs. All concurred, except Williams and Nash, JJ., who dissented.

In the Matter of the Application of The Niagara, Lockport and Ontario Power Company, Respondent, Relative, to Acquiring Title to Certain Real Estate of Ella J. Weaver, Appellant, etc.— Judgment and order affirmed, with costs. ·All concurred.

Anna V. Cornwall, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Order affirmed, with costs. All concurred, except Williams, J., who dissented.

James T. Horn and Lucetta E. Horn, Respondents, v. Thomas R. Levis and Company, Appellant. — Judgment and order affirmed, with costs.· All concurred.

William B. Simson, Appellant, v. Charles B. Parker and Others, as Commissioners of Public Works of the City of Tonawanda, and Constituting as Such the Board of Public Works of Said City of Tonawanda, and Others, Respondents:— Judgment affirmed, with costs. All concurred.

Matthew W. Bennett, Respondent, v. Mark Packard, Appellant.— Judgment and order affirmed, with costs. All concurred.

George A. Jameson, Respondent, v. John Klavoon, Appellant.— Judgment of ·Municipal Court reversed, with costs. Held, that the Municipal Court acquired no jurisdiction of the defendant. All concurred, except Williams, J., not voting.

In the Matter of Edward Leo Fay, an Attorney.— Upon reading and filing certified copy of the record of conviction of said Edward Leo Fay of a felony, he is disbarred and removed from his office of attorney and counselor at law and his name ordered stricken from the roll of attorneys and counselors.

T. Davis Spring, Respondent, v. Frank M. Ryan, Appellant.— Motion to dismiss appeal denied, without costs.

Weld G. Trall, Respondent, v. James Scott and Another, Appellants.— Motion denied, with ten dollars costs. ·

Charles E. Clark, Respondent, v. Michael Lynch and Another, Appellants.— Motion for reargument denied, with ten dollars costs and disbursements. ·

Henry Weber, Appellant, v. Edward Wallerstein and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

·The Fisher Textile Company, Respondent, v. Edward N. Perkins and Harry A. Van Bergen, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., not voting.

* See Laws of 1896, chap. 112, § 16, as amd. by Laws of 1905, chap. 680.— [REP.